```
                                                     JS - 6
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTIAN BAHL,<br><br>        Plaintiff,<br><br>  v.<br><br>KEITH MIDDLEBROOK, et al.<br><br>        Defendants. | Case No. EDCV 11-01787VAP(OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: <u>November 9, 2012</u>

                                     VIRGINIA A. PHILLIPS
                                     United States District Judge